UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED (GR)
U.S. District Court Clerk
JUL 2 4 2025
scanned
7/25

DERRICK LEE CARDELLO-SMITH, #267009
Plaintiff-Plaintiff,

Vs

Case No 1:25-cv-_____

Honorable:_____

DEPARTMENT OF MICHIGAN STATE POLICE
PATRICIA PENMAN, DETECTIVE FOR WAYNE COUNTY,
JOE NORMANDIN, DETECTIVE SERGEANT,
MR. HEATHERING, MICHIGAN STATE POLICE TROOPER,
MR. DAVIS, MICHIGAN STATE POLICE TROOPER,
MR. JARAMILLO, ICF-MDOC INSPECTOR AND OFFICER,
DALE BONN, WARDEN, ICF,
CAVAN BERRY (BARRY) P59203 or P59603,
60TH DISTRICT COURT MAGISTRATE JUDGE,
Defendants/Defendants,
_____/

1:25-cv-823
Paul L. Maloney
United States District Judge

## COMPLAINT
## AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff, in the above cause and moves this Court to enter an order to GRANT THE COMPLAINT, ORDER THE RETURN OF SEIZED LEGAL PROPERTY THAT WAS OBTAINED THROUGH AN ILLEGAL SEARCH WARRANT GRANT DEFENDANTS HAVE VIOLATED MCL 600.2907 AND ITS PREVENTION OF MALICIOUS PROSECUTION WHERE PLAINTIFF FILED A POLICE REPORT AGAINST DETECTIVE PATRICIA PENMAN and HER COLLEAGUES OF THE MICHIGAN STATE POLICE DEPARTMENT HELPED COVER UP HER HIRING A HIT MAN TO KILL THIS PLAINTIFF BY THEM ALLEGING A FALSE CONSPIRACY THAT THIS PLAINTIFF AND THE CONTRACT KILLER VINCENT SMOTHERS MDOC 295527 MADE A FALSE AFFIDAVIT and OTHER FALSE AFFIDAVITS IN ORDER TO TAKE ATTENTION AWAY FROM THIS PLAINTIFFS CLAIM THAT DETECTIVE PENMAN PAID MR. VINCENT SMOTHERS A TOTAL OF $2,000.00 OF HIS $10,000.00 FEE TO EXECUTE THIS PLAINTIFF AND FOR DEFAMATION, LIBLE AND SLANDER WITH THE FALSE WARRANT.and GRANT ANY FURTHER RELIEF THIS COURT DEEMS NECESSARY based on the following facts contained herein.

## DAMAGES SOUGHT
Plaintiff seeks 100 MILLION DOLLARS IN DAMAGES FOR MONETARY, PUNITIVE, AND COMPENSATORY FOR THE DEFEMATION, MALICIOUS PROSECUTION, SLANDER AND LIBEL BY THE DEFENDANTS.

1.

## CAPACITY SUED IN

The defendants are Sued in their INDIVIDUAL AND OFFICIAL CAPACITIES.

## JURISDICTION AND VENUE

This Court has jurisdiction under Federal Rules of Civil Procedure Rules Governing LIBEL, ASSAULT, SLANDER, DEFAMATION, AND ILLEGAL SEARCH AND SEIZURE. as well as MCL 600.2907.

The events described herein did happen in the County of Ionia, Michigan on July 15, 2025 and are fresh, ripe and new.

1. On July 18, 2025, Plaintiff Notified the Defendants that the Respondent, Patricia Penman, Detective of the Wayne County Sheriffs Department had in fact Hired Contract Killer, Vincent Smothers to Execute this Plaintiff, and Plaintiff wanted to File a Police Report because the Information has been made known to this Plaintiff in this Courts Jurisdiction.

2. On July 15, 2025, The Defendants Told this Plaintiff that the Plaintiff "Must Report to the Control Center." They never said what purpose or reason for this, just that the Plaintiff must report to the control center.

3. On July 15, 2025, Plaintiff Complied with this request and after sitting for 30 minutes with no one speaking to the Plaintiff...Plaintiff was then told by 2 Michigan State Troopers that they were "Executing a Search Warrant on the Plaintiff for the Petitioners Property.. They never provided the Plaintiff with a Warrant at that time and never allowed this Plaintiff to Remain back with the Petitioners Personal Property or Legal Papers that the Plaintiff asked to be allowed to be with. and the answer was No, and At the time I had 3 Staff members enforcing this method and then I was forced to go into a Locked Room even further away from my personal property with no choice except to comply.

3. Plaintiff then said to the respondents 'Is this about Kym Worthy Employing Detective Patricia Penman who hired a Hit man Vincent Smothers to Execute me and then her framing me for Multiple Rapes to keep it hidden." Trooper Heathering then said "Maybe."

4. Plaintiff then said that "I am the Victim of a Detective who Hired a Killer to Kill me and he was given a total of 50 years for a Plea of Guilty to 14 Murders in Wayne County and now Kym Worthy and Patricia Penman are working to Hide it and cover it up by taking attention from their Conspiracy of Crimes Committed upon this Plaintiff by Lying and Then having others do their own Conspiracy of Investigations, as is being done now. Defendants then said, "So What, Prove it."

5. Defendants then Executed a Search Warrant upon this Plaintiff (Attachment A).

6. Plaintiff stayed in the locked room for 3 hours.

7. Plaintiff was then able to be told by the Defendants that they have Taken ALL MY LEGAL PAPERS FOR ACTIVE CASES and ALL DOCUMENTS RELATED TO VINCENT SMOTHERS.#295527 in an attempt to see if this Plaintiff "Paid Mr. Smothers to Lie and say that Patricia Penman hired him to frame me."

8. Plaintiff submits that the only purpose of this illegal search and seizure was to COVER UP THE FACT THAT THE RESPONDENT CONSPIRED WITH A CONTRACT KILLER TO EXECUTE THIS PLAINTIFF AND WHEN THE PLAINTIFF WANTED TO FILE THE REPORT, THEY HURRIED UP AND CONCOCTED THIS FAKE CLAIM TO GET A WARRANT TO DISCREDIT, AND HIDE THE CRIME COMMITTED BY THE RESPONDENT AND IT HAS RESULTED IN THEM ENSURING THAT I CANNOT CONTINUE WITH MY LEGAL WORK THAT I HAVE BEEN ENGAGED IN WITH MANY OTHER CASES.

9. PLAINTIFF STATES THAT THE "WARRANT SIGNED BY THE MAGISTRATE JUDGE CALLED FOR THE "SEARCH OF CELL 5.
IT CLEARLY SAYS IT AND HAS THE WORDS "SPECIFICALLY IN IT." PLAINTIFF DOES NOT LOCK OR RESIDE IN CELL 5 AT THE TIME OF THE WARRANT BEING AUTHORIZED ON JULY 4, 2025 NOR WHEN IT WAS EXECUTED ON JULY 15, 2025 AND AS SUCH, THE WARRANT IS INVALID AND VOID AND BUILT ON LIES TOLD TO THE JUDGE WHO ISSUED IT. I RESIDED IN A DIFFERENT BUNK, CLEARLY NOT CELL 6 AS IT CLEARLY DETAILS.

10. I state that I reside in Cell 1 and Did at the time of this False Search and Seizure, and that this has all been done to KEEP 5 BOXES OF THIS PETITIONERS LEGAL WORK and IT WAS EVEN DONE FOR THE SMITH WHO RESIDES IN BUNK 3 AND NOW IT IS ALL MIXED IN TOGETHER..

11. Plaintiff states that this is Clearly an Act to COVER UP and HIDE THE CRIME COMMITTED BY LAW ENFORCEMENT AGENT PATRICIA PENMAN.

12. VINCENT SMOTHERS AFFIDAVIT IS ALSO CITED AND CLEARLY DETAILED IN Court records and now in the possession of the respondents.

13. EACH RESPONDENT WORKED TO ENSURE THAT THERE WAS NO MEANS OF THIS PLAINTIFF BEING ABLE TO DIRECTLY CHALLENGE THE CONVICTION AND SENTENCES DONE TO THIS PLAINTIFF.

14. Defendants have TAKEN THIS PETITIONERS PROPERTY BASED ON AN ILLEGAL SEARCH WARRANT THAT IS CLEARLY INVALID AND THEY HAVE FORGED DOCUMENTS AND FORGED EVIDENCE FOR THE SOLE PURPOSE OF COVERING UP THE CRIMES COMMITTED UPON THIS PLAINTIFF BY THE DEFENDANTS and that Violates MCL 600.2907 where they have MALICIOUSLY PROSECUTED THIS PLAINTIFF and where they did so to get a FALSE WARRANT.....

15. Plaintiff States that they have kept the Property out of the hands of this Plaintiff and place the Plaintiff in a State where the Plaintiff cannot complete the ongoing legal cases based on their UNLAWFUL and ILLEGAL SEARCH WARRANT where they had it for ONE CELL AND EXECUTED IT ON THE WRONG AREA OF CONTROL and ARE FORGING EVIDENCE AND DOCUMENTS FOR THE FURTHERANCE OF HIDING THE CRIME COMMITTED UPON THIS PLAINTIFF BY THE DEFENDANTS AND IT ALL HAPPENED HERE IN THIS COURTS JURISDICTION AT THE IONIA CORRECTIONAL FACILITY, and IT IS STILL HAPPENING RIGHT NOW.

16. Plaintiff is paying the filing fee and demanding that the LEGAL DOCUMENTS AND ALL LEGAL PAPERS ARE EITHER PHOTOCOPIED AND RETURNED BACK TO THE RESPONDENT or ALL ORIGINALS ARE In the interest of Justice and the Petitioners Rights to have the CRIME COMMITTED UPON THE PLAINTIFF BE HEARD AND A POLICE REPORT BE FILED.

17. DEFENDANTS KNEW THAT UNDER MCL 708.655 PLAINTIFF WAS AVAILABLE and HAD A RIGHT TO BE PRESENt but instead they ACTED LIKE COWARDS and FALSELY CALLED THE PLAINTIFF TO THE CONTROL CENTER WHILE THEY DID THIS ACT UPON THE PLAINTIFF, and DID NOT HAVE THE MANHOOD TO FACE THIS PLAINTIFF DIRECTLY LIKE MEN WHEN THEY SERVED THE WARRANT, BUT DID IT LIKE COWARDS ANDTHIEVES..WHICH IS WHAT THEY ARE. TO EXECUTE A FALSE ILLEGAL AND INVALID WARRANT.

## DEMAND FOR JURY TRIAL

Plaintiff demands a Jury Trial on this matter immediately.and by the Constitution.

## RELIEF SOUGHT

Wherefore, Plaintiff pray this Court will GRANT THE COMPLAINT, Order the Return of the Illegally obtained Legal Papers and Personal property and Grant the Detention of the Plaintiff is Released because it was done Contrary to State and Federal Law, and Plaintiff asks this Court to RETAIN JURISDICTION. AND SUBSTITUTE IT OWN FOR THAT OF THE STATE LEVEL, and Grant any further relief it deems necessary and appropriate.

Respectfully Yours,                                                                 July 21, 2025

Derrick Lee Cardello-Smith #267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Derrick Lee Cardello-Smith
#267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 7-21-25

US POSTAGE PITNEY BOWES
ZIP 48846 $ 002.17⁰
02 7W
0008038269 JUL 21 2025

GRAND RAPIDS MI 493
22 JUL 2025 PM 4
FIRST-CLASS

Clerk of the Court
United States District Court-Western
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

49503-231789