ATTACHMENT A

| STATE OF MICHIGAN 60th JUDICIAL DISTRICT | SEARCH WARRANT | CASE NO. 60-277-25 |
|---|---|---|

**TO THE SHERIFF OR ANY PEACE OFFICER:**

Police Agency Report Number: 60-277-25

Detective Sergeant Joe Normandin, has sworn to the attached affidavit regarding the following:

**1. The person, place, or thing to be searched is described as and is located at:**

The cell belonging to Derrick Smith located within the Ionia Correctional Facility. Specifically, 1576 W. Bluewater Hwy., City of Ionia, County of Ionia. The cell to be searched is located within the facility and described specifically as 6-005.

**2. The PROPERTY to be searched for, seized and searched in, if found, is specifically described as:**

Any evidence related to the conspiracy of completing false affidavits in exchange for money and smuggling contraband into a secure prison facility, specifically, fake legal mail, and electronic devices, to include:

Any legal mail, documents, and handwritten notes with details related to direct or indirect communication with Inmate VINCENT SMOTHERS, criminal investigations, court proceedings, or the exchange of money for false statements. The seizure of Michigan Department of Corrections issued Tablets and contraband cell phones.

IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN: I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

Issued: 14 July 2025
Date

Judge/Magistrate    P59263    Bar-no.

D/Sgt Bul Hill 168
Officer

Copy of warrant, and tabulation served on: Inmate Derrick Smith #267009
Name

Tabulation filed: _____
Date

# MCLS § 780.655

This document is current through Act 6 of the 2025 Regular Legislative Session and E.R.O. 2025-1

**Michigan Compiled Laws Service** > **Chapter 780 Criminal Procedure (§§ 780.1 — 780.1003)** > **Act 189 of 1966 (§§ 780.651 — 780.659)**

## § 780.655. Property seized upon search; tabulation; filing; suppression order; custody; restoration to owner; disposition of other property.

Sec. 5.

(1) When an officer in the execution of a search warrant finds any property or seizes any of the other things for which a search warrant is allowed by this act, the officer, in the presence of the person from whose possession or premises the property or thing was taken, if present, or in the presence of at least 1 other person, shall make a complete and accurate tabulation of the property and things that were seized. The officer taking property or other things under the warrant shall give to the person from whom or from whose premises the property was taken a copy of the warrant and shall give to the person a copy of the tabulation upon completion, or shall leave a copy of the warrant and tabulation at the place from which the property or thing was taken. The officer is not required to give a copy of the affidavit to that person or to leave a copy of the affidavit at the place from which the property or thing was taken.

(2) The officer shall file the tabulation promptly with the judge or district court magistrate. The tabulation may be suppressed by order of the judge or district court magistrate until the final disposition of the case unless otherwise ordered. The property and things that were seized shall be safely kept by the officer so long as necessary for the purpose of being produced or used as evidence in any trial.

(3) As soon as practicable, stolen or embezzled property shall be restored to the owner of the property. Other things seized under the warrant shall be disposed of under direction of the judge or district court magistrate, except that money and other useful property shall be turned over to the state, county or municipality, the officers of which seized the property under the warrant. Money turned over to the state, county, or municipality shall be credited to the general fund of the state, county, or municipality.

## History

Pub Acts 1966, No. 189, § 5, eff March 10, 1967; amended by *Pub Acts 2002, No. 112*, imd eff April 1, 2002, by enacting § 1 eff April 22, 2002; *Pub Acts 2014, No. 383*, effective December 18, 2014.

Annotations

## Notes

**Prior codification:**

MSA § 28.1259(5)

**Amendment Notes**