ATTACHMENT B

| STATE OF MICHIGAN<br>60th JUDICIAL DISTRICT | SEARCH WARRANT | CASE NO.<br>60-277-25 |
|---|---|---|

## RETURN AND TABULATION

Search was made: __7/15/25__ and the following property was seized:
Date

5 - Storage boxes containing Legal documents and other personal documents of Derrick Smith

1 - Computer 3.5 inch Disc (DP-530CJ) 1.44 MB

1 - JP6 Tablet (JP6A20240810M127725)

Brd Htt Nothing further 7/15/25

D/Sgt Brad Hutrth 168
Officer

Copy of warrant, and tabulation served on: __Inmate Derrick Smith 267009__
Name

Tabulation filed: _____
Date