ATTACHMENT C

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONTRABAND REMOVAL RECORD

4835-3284
CSJ-284 12/01

| Date: 7/15/25 | Time: 1045 | Staff Member's Name: Inspector J Jaramillo | Badge No: |
|---|---|---|---|

| Prisoner Name: SHILL | Prisoner Number: 267009 | Lock: 6 3 | Facility: JCF |
|---|---|---|---|

Location Contraband Found:

| Item | Description and Reason for Confiscation (Describe Fully): |
|---|---|
| 1 | 1 EA, Typewriter Floppy drive |
| 2 | 1 EA, IPod Player Ser # IP6AZ024081AM1627725 |
| 3 | 5 EA, Cortex Boxes with "Misc paperwork" |
| 4 | Serial Seal # 1819151, 1819160, 1819152, 1819153, 1819154 |
| 5 | |
| 6–25 | |

☐ Secured In  OR  ☒ Turned Over To: MSP    Date: 7/15/25   Time: 1045

FOR

☐ Hearing  OR  ☒ Inspection

☐ Returned to Prisoner After Inspection & Without Action Taken   Date   Time

Prisoner - Print Name:     Signature: