UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH #267009,

    Plaintiff,

v.

Case No. 1:25-cv-823

HONORABLE PAUL L. MALONEY

MICHIGAN STATE POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER OF REFERENCE**

**IT IS ORDERED** that under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Maarten Vermaat for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B).

Dated: July 29, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge