# 1

State of Michigan)
                )ss
County of St. Clair)

## AFFIDAVIT OF GEORGE THOMAS PRESTON

The Undersigned, George Thomas Preston being duly deposed affirms and states the following:

Derrick Lee Cardello-Smith has been framed for False Rapes, that were done to hide the Attempted Murder of his life in 1997 involving Multiple People, including Former Wayne County Prosecutor, John D. O'Hair, Former Judge and Current Wayne County Prosecutor, Kym. Loren Worthy, Sean Combs, Music Artist and Businessman, Current Wayne County Detective Patricia Penman, Current Assistant Prosecutor Suzette Samuels, Tina Bammarito, Former Detroit Police Officer Nicole Sanistaj, all done to ensure that Cardello-Smith is placed in prison for crimes he did not commit and to hide the crimes committed upon him by all the named persons.

### DERRICK LEE CARDELLO-SMITH WAS RAPED BY SEAN COMBS AND FRAMED BY WAYNE COUNTY GOVERNMENT OFFICIALS TO HIDE THE RAPE AND ATTEMPTED MURDER OF CARDELLO-SMITH

1. I have personal knowledge, information and details pertaining to Sean John Combs, otherwise known as PUFF DADDY, P. DIDDY and "DIDDY.
2. That I witness the complete Beating, Drugging and Sexual Assault of Victim Derrick Lee Cardello-Smith by Sean Combs.
3. That this event happened at the Hotel in Adrian, Michigan in 1997.
4. I was present during this brutal sexual assault by Sean Combs.
5. That, I had also been a Private Investor into Bad Boy Entertainment and Sean Combs Enterprises.
6. That I provided Sean Combs $150,000.00 (One-Hundred and Fifty Thousand Dollars) toward a private Investment into the business.
7. That Derrick Lee Cardello-Smith as also present during this time and was also a CO-investor.
8. That I own land and other properties that was also paid for in Michigan by Sean Combs, and Cardello-Smith.
9. That I was threatened by Kym Worthy in 1998 when she was an Active Judge that I had "Better remain Quiet and Silent on this matter, or my Family and I would be killed.
10. That I was Threatened by John O'Hair, The Wayne County Prosecutor in 1998 that I had better not speak about the testimony I gave at the May 1, 1998 Plea Hearing for Cardello-Smith and his Second-Degree Murder that he is guilty of and False Rape Charges that he is not guilty of.
11. That I was threatened by Detective Patricia Penman in 1998, again in 2008 and again in 2019 that I had to refrain from ever speaking about the Sexual Assault of Cardello-Smith, and that I had better not appear to testify for him in his criminal cases in 2008 and 2019.
12. That I had been threatened by Suzette Samuels, and assistant wayne county prosecutor in 2008 and as recently as 2025 stating I had better not appear in any court of law for Cardello-Smith as a witness to any of my personal knowledge of the False Rape

(1)

Charges, the Second-Degree Murder that he was charged with and then it was hidden because it would all be linked directly back to the Wayne County Prosecutor, Judges Office and many other important government officials in Wayne county.

13. That Kym L. Worthy, did possess a Sexual Assault Kit that contained all the evidence necessary to implicate her, Sean Combs and many others in not only the Rape of Cardello-Smith, but also the evidence that confirmed 3 men were hired by Kym Worthy and Sean Combs to Execute Cardello-Smith in 1997 and Kym Worthy still has that evidence to this very day.

14. That Andrea Walker (Bommarito) and Patricia Penman together trheatened me to not speak about the fact that Cardello-Smith is innocent.

15. That Attorney Kristoffer Butler, himself trheatened me and said that he would 'Make my Life Hell Legally for him, if I told the Truth or spoke about Cardello-Smith to the Press or in Court, and that he had been able to ""Get eveyrthing filed by Cardello-Smith denied." So noone will believe me anyway so Why Bother.".

16. I can attest to these events because I witnesses them with my own eyes and I have physical evidence and knowledge of all the above and because they are true, real and accurate and I will appear before any court to confirm these matters strongly, truly and with God as my witness.

_____  Dated: 7-22-25
Mr. George Thomas Preston
7541 Yale Road
Avoca, MI 48006

(2)

# INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of Michigan

County of St Clair } ss.

On this the 22 day of July, 2025, before me, Joleen Tramski, the undersigned Notary Public, personally appeared George T Preston,

☐ personally known to me – OR –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

*Joleen Tramski*
Signature of Notary Public

Joleen Tramski
Dec 19 2026
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

JOLEEN TRAMSKI
Notary Public - State of Michigan
County of St Clair
My Commission Expires Dec 19, 2026
Acting in the County of St Clair

Place Notary Seal/Stamp Above

--- OPTIONAL ---

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #25936