# 1

State of Michigan)
                 )ss
County of Muskegon)


## AFFIDAVIT OF VINCENT SMOTHERS

My name is Vincent Smothers, In 2007, I met with David Cobb, of the Detroit Police Department about the Potential Contract to kill his wife. During subsequent meetings with Cobb, he was accompanied by Paticia Penman, Tina Bommarito and Carli Boike.

During one of the Subsequent meetings Patricia Penman was present, she informed me she was out of the Dearborn Police Department and was with Cobb. I was then informed that Smith, MDOC # 267009 was approached in October 2007 about the contract to kill Cobb's wife as well, He refused. Cobb and Penman requested that Smith be added to the contract. Cobb and Penman then gave me the addresses for Derrick Smith with a photo and his criminal record, the addresses were on Myrtle St. and Hoyt St. both in Detroit. Penman then handed over $2,000.00 for a down payment towards my $10,000.00 Fee.

Cobb and Penman explained that Derrick Smith had become a Liability when he refused the contract and later got into a physical altercation with Cobb. Penman explained that she knew him to be shady and her reasons were more personal then Cobb's.

Penman further explained that Smith had previously been set up for rape that was on the paper work I was provided on Smith. She explained that the reasons Bommarito and Boike were present at the previous meetings was an insurance policy so I would not Double Cross them. If I thought about it, then I would be looking at a potential Rape case as well.

(1).

I believed these threats were credible because all of the people seemed to work for one police agency or another and it occurred as I participated in This Conspiracy against Smith. Cobb's Wife was killed by me on December 26, 2007, and before I could get to Derrick Smith, I saw he was on the News in January 2008 for Kidnapping and Rape.

### DECLARATION

I swear and declare that the events, words, and statements made in this affidavit are real, true and accurate to the best of my knowledge, information and belief. I will testify to these events if called under the Penalty of Perjury.

*[signature]*      4-18, 2024

Mr. Vincent Smothers #295527
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

*C. Hoffman*
Notary Public Signature

My Commission Expires on 10-22-2025.

C HOFFMAN
Notary Public, State of Michigan
County of Muskegon
My Commission Expires 10-22-2025
Acting in the County of Muskegon

(2)