# 1

STATE OF MICHIGAN  )ss
COUNTY OF ST. CLAIR )

OFFER OF PROOF #1

## AFFIDAVIT OF GEORGE PRESTON

The undersigned, being duly deposed, having appeared, hereby attests to the following:

1. That on July 13, 2025, _____, 1 Man from the Department of the Michigan State Police Department awakened me and directed me to speak with, at the time of 9:35pm.

2. That they identified themselves as (a) Mr. Joseph Normandin.

3. This man was armed and extremely dangerous and I feared for my own safety.

4. Mr. Joseph Normandin, then told me point blank, that "He will be serving a warrant on Cardello-Smith, #267009 on the day of July 15, 2024 and that the purpose was to "Frame Derrick Lee Cardello-Smith #267009" "For more crimes that he is innocent of, and it is on orders of Kym L. Worthy, and Sean Combs."

5. Mr. Normandin, then said that he will have his people and at least 9 other men plant evidence, documents, materials and other items in his Cell.

6. Mr. Normandin then said that this would be done to take attention away from Kym Worthy, Patricia Penman and David Cobb having hired Vincent Smothers to kill Cardello-Smith.

7. Mr. Normandin then said that He will frame Cardello-Smith for this charges of Filing False Affidavits, even though all of the Affidavits Are real.

8. Mr. Normandin then said that if I come forward to testify to this, he will 'Kill me like Patricia Penman should have done in 2019 when she told me to not come to court in Cardello-Smith's 2019 Criminal Case.

9. He then left and told me I had better be quiet about this.

10. I was shaken, scared and yet, I am tired of being threatened by Police.

### DECLARATION

I swear that the above events happened and that they are true, real and accurate and are based on my own knowledge, information and belief. and I will testify to these events under the Penalty of Perjury in a court of law.

_____                    Dated: 8-1-25
Mr. George Thomas Preston
7541 Yale Road
Avoca, Michigan 48006

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of Michigan

County of St. Clair } ss.

On this the 1st day of August, 2025, before me,

Ashleigh Miller, the undersigned Notary Public,

personally appeared George Preston,

Name(s) of Signer(s)

☐ personally known to me – OR –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

ASHLEIGH MILLER
Notary Public - State of Michigan
County of St Clair
My Commission Expires Jan 7, 2032
Acting in the County of St. Clair

_Ashleigh Miller_
Signature of Notary Public

Ashleigh Miller

Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

Place Notary Seal/Stamp Above

--- OPTIONAL ---

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: Affidavit of George Preston

Document Date: 08-01-2025     Number of Pages: 1

Signer(s) Other Than Named Above: _____

©2023 National Notary Association