FILED - GR
August 11, 2025 12:18 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: KD 8-11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
Plaintiff

Vs

MICHIGAN STATE POLICE et al
Defendant,
_____/

File # 1:25-cv-00823
Honorable Paul L. Maloney

### MOTION FOR ORDER DIRECTING AND INSTRUCTING MICHIGAN STATE POLICE DETECTIVE JOSEPH NORMANDIN TO PROVIDE AN ANSWER AS TO WHY HE FAILED TO ALLOW PLAINTIFF TO FILE A POLICE REPORT AGAINST DEFENDANT PATRICIA PENMAN WHO HIRED VINCENT SMOTHERS TO KILL PLAINTIFF BACK IN 2007 AND INSTEAD HAS DECIDED TO FRAME PLAINTIFF FOR FALSE CRIME ON ORDERS OF KYM L. WORTHY

Plaintiff Cardello-Smith hereby moves this court for an order directing the defendant JOSEPH NORMANDIN to provide an answer to the following questions:

1. Why did Defendant Sgt. Detective Joseph Normandin of the Michigan State Police Fail to Allow Plaintiff Prisoner Derrick Lee Cardello-Smith to file a Report when Plaintiff had him Contacted in June 2025 about codefendant Patricia Penman, Detective for the Wayne County Prosecutors Office having hired Contract Killer Vincent Smothers, 295357 or 275357 to execute this plaintiff.

2. Plaintiff had an outside source contact the State Police Lakeview and Lansing Post in June 2025 and they said that the Plaintiff would have to connect with the Prison Staff in order to have a police report be conducted. Plaintiff did that, and 2 weeks later, this defendant was executing a warrant on plaintiff and framing the plaintiff for crimes Plaintiff did not do in order to hide the true crime committed by the defendants accomplice, Patricia Penman.

3. Plaintiff demands that the Defendant Joseph Normandin and the Michigan State Police Provide an answer to this serious question involving them failing to follow up with the Police Report and then deciding to instead Frame this Plaintiff, to cover up Patricia Penman' role in this criminal conspiracy to Kill and Frame this Plaintiff.

4. Instead of ALlowing Plaintiff to File a Police Report about a Crime commited upon him by the Defendant Patricia Penman, the Defendant decided to just cover it up and frame this Plaintiff. Just because Plaintiff wanted to report a crime against him by a Sitting Police Officer.

5. The Defendants Are covering up a crime committed upon this Plaintiff by a fellow officer, Patricia Penman, and this itself is a felony and it must be answered by the Defendant.

1.

## RELIEF SOUGHT

Wherefore, Plainiff prays this Court will grant this relief sought and order an answer is given or take other lawful action this court deems necessary and appropriate..

Thank you for your time in this matter.

July 30, 2025

_____
Derrick Lee Cardello-Smith
Plaintiff in pro per.
#267009
IMAX-1676 W. Bluewater Highway
Ionia, MI 48846

## CERTIFICATE OF SERVICE

I swear and declare that on July 30, 2025, I mailed one copy of this to teh Defendant at his address of record and also one to the Michigan Attorney General on behalf of the defendant. by first class mail with all postage paid in full.

_____
Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Mr. Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 7-30-25
Case NO 1:25-cv-00823

Clerk of the Court
United States District Court
Western District of Michigan
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

GRAND RAPIDS MI 493
8 AUG 2025 PM 4
FIRST-CLASS
ZIP 48846
02 7W
0000803826
US POSTAGE $ 000.74
AUG 07 2025