**FILED - GR**
August 26, 2025 2:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: ___/___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,
Plaintiff,

Vs

Case No 1:25-cv-00823

MICHIGAN STATE POLICE et al
Defendants

Honorable Paul L. Maloney

## MOTION & REQUEST FOR THE COURT TO DIRECT THE CLERK TO ISSUE THE SUMMONS FOR SERVICE UPON THE DEFENDANTS TO ENSURE THAT THEY HAVE TIME TO FULLY REVIEW THE COMPLAINT AND RESPOND TO IT IN THE INTEREST OF JUSTICE AND FAIRNESS

Plaintiff Derrick Lee Cardello-Smith, hereby requesting and moving this court to enter an instruct or order to the Clerk of the Court to Issue the Summons for Each Defendant and then to provide those summons to the Plaintiff so that the Plaintiff can effect service upon the defendants and have the following take place:

1. To Ensure that the defendants have an ample opportunity and chance to respond and review the Complaint.
2. To Ensure that if there is a chance to resolve the Complaint without any further court action, that it is done.
3. To Further ensure that this case is done properly and effectively and to not Prejudice the defendants in anyway.
4. Plaintiff also asks that the Court not render a decision on any of the merits of the case, until the Defendants have been properly served and notified of this action having been filed against them, so that the court has all the facts before it.
5. Plaintiff will also be paying the filing fee on this matter and asks that the court allow it to be reinstated on the record upon receipt of the Filing fee being paid.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this court will enter an order to Direct the Clerk of the Court to Issue the Summons and provide them to the Plaintiff so that plaintiff can effect service upon the defendant, and grant any further relief it deems necessary and appropriate.

Respectfully Yours,

July 29, 2025

Derrick Lee Cardello-Smith #267009
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

NAME:
Number:
Address: Mr. Derrick Lee Cardello-Smith
Address: #267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 7-29-25
Case #1:25-cv-00823

GRAND RAPIDS MI 493

30 JUL 2025 PM 3 L



Clerk of the Court
United States District Court
Western District of Michigan
Case Processing Section
399 Federal Building
100 Michigan Street, NW
Grand Rapids, MI 49503