UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DERRICK LEE SMITH #267009, | No. 25-823 |
| Plaintiff, | |
| v | HON. PAUL L. MALONEY |
| MICHIGAN STATE POLICE DEPARTMENT, PATRICIA PENMAN, JOE NORMANDIN, UNKNOWN HEATHERING, UNKNOWN DAVIS, UNKNOWN JARAMILLO, DALE BONN, CAVAN BERRY (AKA CAVAN BARRY), UNKNOWN PARTY, | MAG. MAARTEN VERMAAT |
| Defendants. | |

| | |
|---|---|
| Derrick Lee Smith #267009<br>In Pro Per<br>Ionia Correctional Facility<br>1576 W. Bluewater Highway<br>Ionia, MI  48846 | Mary A. Waddell (P70545)<br>Assistant Attorney General<br>Attorney for Defendant Normandin<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI  48909<br>517.335.7573<br>waddellm1@michigan.gov |

_____/

## DEFENDANT NORMANDIN'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) AND (6)

Defendant Joseph Normandin, by and through counsel, moves this Court to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(1) and (6) for the reasons set forth in the accompanying brief. In accordance with W.D. Mich. L. R. 7.1(d)(i), Defendant's counsel sent a letter to Plaintiff on September 4, 2025, to seek concurrence in the relief sought in this motion, but Plaintiff has not responded. Thus, it is necessary to present this motion.

<pre>
                                        Respectfully submitted,

                                        /s/ Mary A. Waddell
                                        Mary A. Waddell
                                        Assistant Attorney General
                                        Attorney for Defendant Normandin
                                        MI Dep't of Attorney General
                                        State Operations Division
                                        P.O. Box 30754
                                        Lansing, MI  48909
                                        517.335.7573
                                        waddellm1@michigan.gov
Dated:  September 10, 2025              P70545
</pre>

## CERTIFICATE OF SERVICE

     I certify that on September 10, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant:

Derrick Lee Smith #267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI  48846


<pre>
                                        /s/ Mary A. Waddell
                                        Mary A. Waddell
                                        Assistant Attorney General
                                        Attorney for Defendant Normandin
</pre>

2025-0437586-B