UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
September 10, 2025 11:55 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /9-10

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

Vs                              Case No 1:2025-cv-00823

MICHIGAN STATE POLICE et al
    Defendants,
_____/

## RETURN OF SERVICE EXECUTED UPON DEFENDANT CAVAN BERRY MAGISTRATE JUDGE ON AUGUST 11, 2025

Please take notice that on Augusts 11, 2025, Plaintiff effected service upon the defendant. CAVAN BERRY, Magistrate Judge for the 60th District Court by Personal Service and Plaintiff hereby provides the proof of that executed service to the Clerks Office.

Thank you for your time.                                    9-7-25

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

# PROOF OF SERVICE

## DERRICK LEE CARDELLO-SMITH
-vs-
## MICHIGAN STATE POLICE, ET AL
### Case No 1:2025-cv-00823

This summons for **CAVAN BERRY, Magistrate Judge**, was received by me on -August 11, 2025.

I SERVED the summons at the individual place of work at the 60th District Court, 990 Terrace Street-Muskegon, MI 49442 with an agent NANCY WATERS, Designated by law to accept service for this defendant, and assigned to accept for Defendant with the person of suitable age and discretion who works there on Thursday August 14, 2025.

2. I also mailed one copy of the Summons and complaint to the defendant **Cavan Berry** at his last known address above on the date of August 12, 2025 by first class US Mail.

3. I returned Service Executed upon this Defendant to the Plaintiff, Derrick Lee Cardello-Smith, #267009, 1576 W. Bluewater Highway, Ionia, MI 48846 on 8-15-25.

My fees are **$145.00** for travell and **$95.00** for services including summons and complaint for a total of **$240.00**

I declare under the penalty of Perjury that the information is true.

August 18, 2025                                    Mr. George Preston
                                                    7541 Yale Road
                                                    Avoca, MI 48006



NAME: _____
Number: _____
Address: _____
Address: ___ Derrick Smith #267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Mailed on 9-7-25
Case No 1:2025-00823

GRAND RAPIDS MI 495
8 SEP 2025  PM 5 L



Clerk of the Court
United States District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

49503-231799