UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
October 6, 2025 1:51 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: ⊥√ /₀₋↓

DERRICK LEE CARDELLO-SMITH,
    Plaintiff,

Vs

MICHIGAN STATE POLICE et al,
    Defendants,
_____/

Case No 1:2025-cv-00823
Honorable Paul L. Maloney

NOTIC EOF INTENT TO DEMAND
A JURY TRIAL ON THE DISTRICT COURTS
AND CLERKS OFFICE'S DENIAL OF THE PLAINTIFFS
DEFAULT ENTRY AND REQUESTS AS GUARANTEED
BY THE 7TH AMENDMENT OF THE US CONSTITUTION

Plaintiff, Derrick Lee Cardello-Smith, hereby provides an dplaces this Court on Notice of the Plaintiffs DEMAND FOR A JURY TRIAL ON THE DISTRICT COURTS ANDCOURTC LERKS FALURE TO ENTER AN DEFAULT AGIANST THE DEFENDANTS PATRICIA PENMAN, AND CAVAN BERRY as required by FRCP 55 and makes this demand under the 7th AMENDMENT TO THE UNITED STATES CONSTITUTION and pursuant to the United States Supreme Courts Holdings under PERTTU V. RICHARDS 2025 and demands this Court place this PRESERVATION OF THE DEMAND FOR JURY TRIAL on the record as that it is sought and requested to be issued.

This MOTION AN DEMAND WILL BE PROVIDED TO THIS COURT WITHIN THE TIME LIMITS REQUIRED.

THIS REQUEST IS MADE ON OCTOBER 1, 2025.

Thank you.                                                      October 1, 2025

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

Mr. Derrick Lee Cardello-Smith

**NAME:** #267009

**Number:** Ionia Correctional Facility

**Address:** 1576 W. Bluewater Highway

**Address:** Ionia, MI 48846

Mailed on 10-1-25

GRAND RAPIDS MI 493

3 OCT 2025 PM 6 L

★ 2025

USA ★ FOREVER



Clerk of the Court
US District Court-Western
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

49503-231799