Case 1:25-cv-00823-PLM-MV   ECF No. 76, PageID.421   Filed 10/30/25   Page 1 of 3

FILED - GR
October 30, 2025 12:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: /s/ 10/30/25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

2√

DERRICK LEE CARDELLO-SMITH
    Plaintiff

Vs

Case No 1:2025-cv-00823
Honorable Paul L. Maloney

MICHIGAN STATE POLICE
DALE BONN, Warden, DALE BONN, Warden,
INSPECTOR JARAMILLO,
PATRICIA PENMAN,
MR. HEATHERING,
MR. DAVIS,
    Defendants,
_____/

## MOTION FOR EMERGENCY RESTRAINING ORDER ENJOINING THE DEFENDANTS FROM PLACING THE CURRENT TELEPHONE RESTRICTION UPON PLAINTIFF BASED ON FALSE GROUNDS AND RETALIATION BY DEFENDANTS BEING USED AS THE BASIS FOR THE 60 DAY PHONE RESTRICTION BRING SOLELY FOR THE CURRENT LAWSUIT IN THIS COURT.

    Plaintiff, Derrick Lee Cardello-Smith, hereby move this court to enter an order to GRANT AN IMMEDIATE RESTRAINING ORDER ENJOINING THE DEFENDANTS FROM ENFORCING THE CURRENT 60 DAY TELEPHONE RESTRICTION UPON THE PLAINTIFF WHERE THE BASIS FOR IT IS DONE OUT OF RETALIATION AND TO PREVENT PLAINTIFF FROM COMMUNICATING WITH THE PLAINTIFFS WITNESSES AND FAMILY MEMBERS THAT ARE CRITICAL TO THIS CASE AT BAR and states the following grounds why it should be granted.

    1. Plaintiff was informed by the Defendants Ionia Correctional Facility Staff DEPUTY WARDEN GARCIA, INSPECTOR SALINAS, WARDEN DALE BONN, INSPECTOR JARAMILLO AND DETECTIVE PATRICIA PENMAN who have instructed the Staff at KINROSS CORRECTIONAL FACILITY TO ENFORCE A 60 DAY PHONE RESTRICTION upon this Plaintiff IS FIGHTING AND PROSECUTING THIS CASE and because PLAINTIFF NEEDS THE CONTACT THROUGH THE TELEPHONE TO CONTACT PLAINTIFFS WITNESSES AND OTHERS FOR THIS CURRENT CASE AT BAR AND OTHER CASES RELATED TO THIS MATTER.

    2. Plaintiff was informed by Defendant Patricia Penman that she would be "Instructing the ICF Prison Staff and the Michigan Department of Corrections that she "DID IN FACT FRAME THIS PLAINTIFF and that SHE DID IN FACT HIRE VINCENT SMOTHERS TO KILL THIS PLAINTIFF IN 2007 BY CONTRACT and that SHE KNOWS I AM INNOCENT OF ALL THE RAPE CASES THAT KYM L. WORTHY PLACED UPON ME AND IN DIFFERENT NAMES.

    3. Defendant Patricia Penman than Contacted the ICF Staff on October 4, 2025 to instruct the Warden and other defendants that the Plaintiff Is in fact innocent of the charged

offenses and that the Warden and others should prepare for a meeting with the Plaintiff.

4. Detective Penman then Contacted the Plaintiff and said that 'She is sorry for her role in framing me and SORRY FOR HER ROLE IN 1998 WHEN KYM WORTHY FORMER JUDGE AND CURRENT WAYNE COUNTY PROSECUTOR FRAMED ME AS PROVEN BY THE TRANSCRIPTS AND CLOSED COURT SESSION RECORD HELD IN 1998.

5. Plaintiff also has been provided with CONFIRMATION OF THIS ENTIRE EPISODE WHERE THE GRIEVANCE FILED BY PLAINTIFF and RESPONSE GIVEN PROVES IT.-- See Attached.)

6. Plaintiff also submits that the whole purpose told to this Plaintiff was and is listed in the attached grievance presented by the Plaintiff and in the response given by the grievance coordinators office stating what it is that has been and is done for the whole purpose of lying on this plaintiff by the defendants to ensure plaintiff cannot be provided with the proper justice and access to the phone plaintiff has a right to be provided with.

7. Plaintiff--also states that the defendants have DONE THIS ON ORDERS OF DETECTIVE PENMAN AND KYM L WORTHY, and it was due to take effect on the DATE OF TRANSFERRING THIS PLAINTIFF TO THE KINROSS CORRECTIONAL FACILITY.

8. Plaintiff confirms the need FOR the IMMEDIATE LIFTING OF THIS 60 DAY RESTRICTION BECAUSE IT IS BASED ON LIES, FORGED DOCUMENTS AND OTHER ACTIONS OF THE DEFENDANTS TO KEEP THIS PLAINTIFF FROM BEING ABLE TO CONTACT PLAINTIFFS FAMILY FRIENDS AND OTHER WITNESSES IN THIS CASE, AND OTHER CASES.

9. PLAINTIFF IS CLEARLY THE VICTIM OF THE DEFENDANTS USING THEIR POWER TO TRANSFER THE PLAINTIFF AND FRAME THE PLAINTIFF FOR ACTS THAT ARE NOT TRUE, ACCURATE AND REAL AND ARE A CLEAR SUBSTANTIVE DUE PROCESS RIGHTS VIOLATION THAT CONSTITUTES A VIOLATION OF THE DEFENDANTS 14TH AMENDMENT RIGHTS TO DUE PROCESS OF LAW.

10 TH ERESTRAINING ORDER WILL ENSURE THAT THIS ACT DOES NOT CONTINUE AND DOES NOT FURTHER VIOLATE THIS PLAINTIFSF RIGHTS AND DOES NOT DEPROVE THIS PLAINTIFF OF THE ABILITY TO COMMUNICATE WITH HIS WITNESS ON THE TELEPHONE AND WHERE THEY HAVE INTERFERED WITH ALL OF MY MAIL TO THESE WITNESSES AS THEY HAVE AROGANTLY ADMITTED TO IN THE GRIEVANCE RESPONSE.

## RELIEF SOUGHT

Wherefore, Plaintiff prays this court will GRANT IMMEDIATE RESTRAINING ORDER and ENJOIN THE DEFENDANT FROM ENFORCING THE FORGED AND FALSE TELEPHONE RESTRICTION AND ORDER A RESPONSE IS PROVIDED TO THE COURT ON THIS MATTER AND A HEARING IMMEDIATELY PLACED ON THIS MATTER, and Grant any further relief it deems necessary and accurate.

Thank you for your attention to this matter.

October 20, 2025

*Derrick Lee Cardello-Smith*
#267009
Kinross Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, Michigan 49788

Derrick Lee Cardello-Smith P162722
#267009
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, Michigan 49788

Mailed on 10-23-25
Case No 25-00823

Clerk of the Court
US District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503