UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
November 10, 2025 2:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /JW / 11-10

DERRICK LEE CARDELLO-SMITH, #267009
    Plaintiff

Vs

Case No 1:2025-cv-00823
Honorable Paul L. Maloney

MICHIGAN STATE POLICE et al
    Defendant,
_____/

## MOTION FOR COURT TO ORDER THE PRODUCTION OF ALL EMAILS BETWEEN 10-1-25 & 11-2025 AS TO DEFENDANT JARAMILLO, ICF INSPECTOR SALINAS ICF HEARING OFFICER WALTON SMITH, ICF RECORDS OFFICE SUPERVISOR SUSAN KESSLER, ICF DEPUTY WARDEN JANNA GARCIA REGARDING THE 60 DAY TELEPHONE RESTRICTION IMPOSED ON PLAINTIFF TO STOP PLAINTIFF FROM PROSECUTING THIS CASE AT BAR

    Plaintiff, Cardello-Smith, hereby moves thisCourt to Order the Defendants to PRODUCE ALL EMAILS DURING THE TIME FRAME OF 10-1-25 and 11-2-25 BETWEEN DEFENDANT JARAMILLO, ICF INSPECTOR SALINAS, ICF HEARING OFFICE WALTON SMITH, PROSECUTOR KYM L. WORTHY, DEFENDANT PATRICIA PENMAN, DEPUTY WARDEN JANNA GARCIA, RECORDS OFFICE SUPERVISOR SUSAN KESSLER REGARDING THE 60 DAY TELEPHONE RESTRICTION IMPOSED ONPLAINTIFF TO STOP PLAINTIFF FROM PROSECUTING THIS CASE AT BAR.

    In support, the Plaintiff states the following factors:

    1. Defendants have forged documents to lie on this Plaintiff and say that the Plaintiff conducte da 3 way call on 10-15-25 when it was known to them to be an absolute lie and falsely done for thepurpose of ensuring that during the 2 month time frame they have imposed this on the Plaintiff, they would help PATRICIA PENMAN and OTHER DEFENdANTS GET THEIR STORES STRAIGHT and STOP THE PLAINTIFF FROM SPEAKING WITH WITNESSES AND OTHER LEGAL PROSESSIONALS ON THE PHONE PERTAINING TO THIS CASE AND IS VAST ISSUES.

    2. Defendants have decided to take upon themselve and VIOLATE MCL 791.251 and MCL 791.252 and NOT PROVIDE THE PLAINTIFF WITH AN REQUIRED 'CSJ 282 NOTICE OF INTENT TO CONDUCT AN ADMINISTRATIVE HEARING FORM" that is required by law to be provided to the plaintiff to give NOTICE OF THE PHONE RESTRICTION and then falsely say that they did when THEY HAVE NO DOCUMENTATION THAT SHOWS THE PLAINITFF WAS EVER PROVIDED WITH THIS NOTICE OR PROVIDED WITH A DOCUMENT TAHT SAYS PLAINTIFF "REFUSED TO SIGN IT". Instead the COLLECTION OF DEFENDANTS ALL WORKED TOGETHER TO HAVE THEIR COMBINED BRAINS COME UP WITH A FALSE REPORT OF A PHONE CALL THAT NEVER TOOK PLACE AND THEN LIE AND SAY THAT THEY PROVIDED NOTICE TO THE PLAINTIFF.

1.

3. Then on 10-16-25, Plaintiff transferred to the Kinross Correctional Facility to conduct the Probable Cause Conference Litigation after being FORCEDOUT OF ICF AS A UNIT REPRESENTATIVE which begaon on October 1,2025 out of retaliation on this plaintiff.

4. Plaintiff was NEVER GIVEN A NOTICE and WAS NEVER GIVEN A "CSJ 144 HEARING REPORT FORM" that would show WHY THE PLAINTIFF IS ON TELEPHONE RESTRICTIONS--AND IF IN FACT THERE IS, IT IS FORGED AND IT IS ALSO A LIE TOLD BY TEH DEFENDANTS AND THEIR AGENTS NAMED ABOVE HELPING THEM.

5. Plaintiff UNDERSTANDS THAT EMAILS ARE CRITICAL AND CAN BE PRODUCED AND SHOULD BE PRODCUED BECAUSE THEY SHOW AND SUPPORT THAT THE DEFENDANTS HAVE CONSPIRED TO SILENCE THIS PLAINTIFF AND NOT ALLOW THE PLAINTIFF TO BE ABLE TO PROCEED WITH THE PROSECUTION OF THIS CASE FULLY WITH ALL FATORS PROVIDED TO PLAINTIFF FROM PLAINTIFFS CONNECTIONS ON THE OUTSIDE.

6. ther eis no risk to ANYONE TO HAVE THESE EMAILS AND COMMUNICATIONS BETWEEN THESE COLLECTION OF STAFF MEMBERS WHO HAVE WORKED TO VIOLATE THIS PLAINTIFFS LIMITED RESOURCES OF CONTACT WITH THE OUTSIDE COMMUNITY, INCLUDING INTERFERING WITH PLAINTIFFS MAIL SENT TO PLAINTIFFS WITNESSES. Just complete Crap being done by the Defendants to this Plaintiff, ALL OUT OF THEIR OWN NEEDS TO DO IT AND ABILITY TO DO IT TO COVER-UP FOR THE REMAINING DEFENDANTS WHO HAVE FAILED TO UPHOLD THEIR DUTIES AS OFFICERS OF THE LAW AND CONSTITUTION.

## RELIEF SOUGHT

Wherefore, Order the Defendants produce the Emails between all named parties and provide them to the Court and to the Plaintiff or state why they cannot produce this matter that is an ONGOING IMPEDEMENT ON THIS PLAINTIFF.

Respectfully Yours,                                                                       11-2-25

Derrick Lee Cardello-Smith P162722
MDOC #267009
KCF-4533 West Industrial Park Drive
Kincheloe, MI 49442

NAME:
Number:
Address: Mr. Derrick Lee Cardello-Smith P162722
Address: #267009
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, Michigan 49788

Maile don 11-2-25
Case No 25-823

GRAND RAPIDS MI 493

8 NOV 2025 PM 4 L



Clerk of the Court
US District Court-Western
Civil Case Processing Section
399 Federal Building
Grand Rapids, MI 49503

49503-236399